# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2063
Lower Tribunal No. 24-MM-022636

_____

EVAN AUSTIN DERBY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Lee County.
H. Andrew Swett, Judge.

December 16, 2025

PER CURIAM.

AFFIRMED.

WOZNIAK, BROWNLEE and KAMOUTSAS, JJ., concur.

Blair Allen, Public Defender, and Matthew J. Salvia, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Manager II Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED